# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEBRA MAYO AND BILLY RAY
MAYO

VERSUS

RIDGEBACK, L.L.C., MICHAEL
DAVIS, AUTO OWNERS INSURANCE
CO., STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,
AND XYZ INSURANCE CO.

NO.   2020 CW 1303

MARCH 18, 2021

---

In Re:    Scottsdale Insurance Company, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Livingston, No. 156018.

---

BEFORE:    WHIPPLE, C.J., McDONALD AND HOLDRIDGE, JJ.

**WRIT NOT CONSIDERED.** Relator, Scottsdale Insurance
Company, appears to have violated Rule 4-5(10) of the Uniform
Rules of Louisiana Courts of Appeal. Specifically, it failed to
include a notice of intent indicating the date on which it was
filed. Due to this violation, it is impossible to ascertain the
timeliness of Scottsdale Insurance Company's application or
otherwise rule on its merits.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Rules 2-18.7
& 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation
including documentation to show the original writ application
was timely, and must comply with Rule 2-12.2, Uniform Rules of
Louisiana Courts of Appeal. Any new application must be filed
on or before April 12, 2021, and must contain a copy of this
ruling.

VGW
JMM
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT